IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SUSAN TERRY o/b/o the Minor
Children of Robert Terry, deceased,

        Plaintiff,

v.                                                                          CIVIL ACTION NO.   3:14-25933

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's Motion for Remand (ECF NO. 13), remand this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), enter final judgment, and dismiss this matter from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendant's Motion for Remand (ECF NO. 13), **REMANDS** this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), **ENTERS** final judgment, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        November 3, 2015

*[signature]*
ROBERT C. CHAMBERS, CHIEF JUDGE